UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 2:25-cr-00038 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| JOSAFAT SAHNCHEZ-HERNANDEZ | : | MAGISTRATE JUDGE LEBLANC |

REPORT AND RECOMMENDATION ON FELONY
GUILTY PLEA BEFORE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea and Allocution under Rule 11 of the Federal Rules of Criminal Procedure [doc. 27].

This cause came before the undersigned U. S. Magistrate Judge on March 5, 2025, at which time the defendant expressed a desire to waive his right to plead guilty before a District Judge and to consent to enter into a plea before the U. S. Magistrate Judge. Defendant indicated on the record his desire to consent to proceed before the undersigned and executed a waiver. Defendant was at all times represented by counsel, John Mario Piccione.

After said hearing and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and that his guilty plea to Count One of the one-count Indictment is fully supported by the factual basis acknowledged by defendant orally in court. This factual basis supports each essential element of the offense to which the defendant pled.

Therefore, the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, JOSAFAT SANCHEZ-HERNANDEZ, and that he be finally adjudged guilty of the offense charged in Count One of the Indictment.

Sentencing is set for July 10, 2025, at 10:00 a.m., before the Honorable James David Cain, Jr., in Lake Charles, Louisiana. Defendant has waived his interview with the United States Probation Office as part of his presentence investigation, and, with consent of both defendant and the Government, the United States Probation Office is permitted to produce a modified presentence investigation report in this matter. Defendant's presentencing memorandum is due 14 days before the sentencing hearing, and any response by the government is due 7 days thereafter. Defendant is to remain in the custody of the U.S. Marshal pending sentencing.

**THUS DONE AND SIGNED** in Chambers this 5th day of March, 2025.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE